UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Jeremy Kirkwood, <br><br> Plaintiff, <br> v. <br><br> D2 Management LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:15-cv-01484-JPS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 22, 2016

                                            Respectfully submitted,

                                          By <u>/s/ Amy L. Cueller</u>

                                          Amy L. Cueller, Esq. #15052-49
                                          LEMBERG LAW, L.L.C.
                                          43 Danbury Road
                                          Wilton, CT 06897
                                          Telephone: (203) 653-2250
                                          Facsimile: (203) 653-3424
                                          E-Mail: acueller@lemberglaw.com
                                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 22, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Amy L. Cueller

              Amy L. Cueller