UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Jeremy Kirkwood, | : |
| | : Civil Action No.: 2:15-cv-01484-JPS |
| Plaintiff, | : |
| v. | : |
| D2 Management LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Jeremy Kirkwood ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 13, 2016

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq. #15052-49
LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Amy L. Cueller

                                                Amy L. Cueller